Maxwell V. Pritt (SBN 253155)
   mpritt@bsfllp.com
Matthew Chou (SBN 325199)
   mchou@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:   (415) 293-6899

Samuel C. Kaplan (*pro hac vice pending*)
   skaplan@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:   (202) 237-2727
Facsimile:   (202) 237-6131

Shira R. Liu (SBN 274158)
   sliu@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Facsimile:   (310) 752-2400
Telephone:   (310) 752-2490

*Counsel for Defendant Optum, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE GONZALEZ,<br><br>      *Plaintiff*,<br>v.<br><br>OPTUM, INC., et al.<br><br>      *Defendant*. | Case No. 2:20-cv-01129-MCE-EFB<br><br>**ORDER GRANTING OPTUM, INC.'S MOTION TO CONSOLIDATE AND STAY**<br><br>Court:   Courtroom 7, 14th Floor<br>Judge:   Hon. Morrison C. England, Jr. |

The Court has read and considered Optum, Inc.'s Motion to Consolidate and Stay (ECF No. 46), to which no opposition has been submitted.  Good cause appearing, hat Motion is GRANTED.  Accordingly, it is HEREBY ORDERED that this matter is CONSOLIDATED with *Matlock v. United HealthCare Services, Inc.*, No. 2:13-cv-02206-MCE-EFB and *Humphrey v. United HealthCare Services, Inc.*, No. 2:14-cv-01792-MCE-EFB, and that the consolidated action remain STAYED for the reasons set forth in its orders in those matters.  The Court's May 12, 2020 order (*Matlock* Dkt. 61) remains in effect:  The parties in this consolidated action are directed to notify the Court within 30 days following a further decision from the FCC, and shall in any event file a joint status report as to the status of these proceedings no later than six months from May 12, 2020, advising the Court as to the status of the FCC's proceedings.

　　　IT IS SO ORDERED.

DATED:  August 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE